United States District Court
Southern District of Texas
**ENTERED**
January 24, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARNULFO JIMENEZ CUELLO, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-26-296 |
| § | |
| BRET BRADFORD, Field Office Director § | |
| for Detention and Removal with § | |
| Immigration and Customs Enforcement, § | |
| § | |
| Defendant. § | |

## ORDER

On January 16, 2026, the court ordered the respondents to file an answer or responsive pleading to the habeas petition of Arnulfo Jimenez Cuello within five days after the date of service. (Docket Entry No. 4). On January 21, 2026, the respondents moved for a seven-day extension, noting that this case does not present the oft-litigated issue of whether 8 U.S.C. § 1225(b) or § 1226(a) is the applicable detention authority, but rather the significantly more difficult question of whether the Laken Riley Act applies to Cuello. (Docket Entry No. 5). Cuello opposes the extension, noting that he has been in custody for five months already. (Docket Entry No. 6).

The court grants the seven-day extension. Cuello did not file his habeas petition until January 14, 2026. (Docket Entry No. 1). As the respondents note, in his petition, he raised complicated questions of statutory interpretation involving the Laken Riley Act, rather than the more common § 1226(a) claims that have been the source of much litigation. There is good cause to grant the short extension requested. Given the gravity of Cuello's detention, however, the court warns that no further extensions will be granted.

SIGNED on January 24, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge