United States District Court
Southern District of Texas

**ENTERED**

May 01, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ARNULFO JIMENEZ CUELLO, | § § § | |
| Petitioner, | § § | |
| v. | § | CIVIL ACTION NO. H-26-296 |
| | § | |
| BRET BRADFORD, *et al.*, | § § | |
| | § | |
| Respondents. | § § § | |

**ORDER**

The petitioner, Arnulfo Jimenez Cuello, filed a petition for a writ of habeas corpus on January 14, 2026.  (Docket Entry No. 1).  On February 18, 2026, an immigration judge granted Jimenez Cuello voluntary departure.  *See* Jimenez Cuello, EOIR Automated Case Information, https://acis.eoir.justice.gov/en/.[1]  No later than May 8, 2026, Jimenez Cuello must provide the court with a status update explaining whether he is still in custody or whether his habeas petition is moot because he has voluntarily departed the country.

SIGNED on May 1, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior   United   States   District   Judge

---

[1] Publicly available information related to the petitioner's immigration proceedings may be found by searching for the petitioner by his A-number and nationality at the Executive Office for Immigration Review's website, available at https://acis.eoir.justice.gov/en (last visited Apr. 15, 2026).