United States District Court
Southern District of Texas

**ENTERED**

May 09, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ARNULFO JIMENEZ CUELLO, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-26-296 |
| | § | |
| BRET BRADFORD, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Arnulfo Jimenez Cuello, has advised the court that he has voluntarily departed the United States and that his petition for a writ of habeas corpus is moot. (Docket Entry No. 16). This case is dismissed, without prejudice, as moot.

SIGNED on May 8, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge